Daniel S. Robinson (SBN 244245)
Michael W. Olson (SBN 228737)
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
(949) 720-1288; Fax (949) 720-1292
drobinson@robinsonfirm.com
molson@robinsonfirm.com

George A. Hanson (*Pro Hac Vice*)
Larkin E. Walsh (*Pro Hac Vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
hanson@stuevesiegel.com
walsh@stuevesiegel.com

*Counsel for Plaintiffs and the Putative Class*

Barbara Croutch (SBN 151428)
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, CA 90067
(323) 776-3130
Barbara.croutch@gmlaw.com

Beth-Ann E. Krimsky (Pro Hac Vice Forthcoming)
Jamey R. Campellone (Pro Hac Vice)
**GREENSPOON MARDER LLP**
200 E. Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
(954) 527-6296; Fax: (954) 333-4027
Beth-ann.krimsky@gmlaw.com
Jamey.campellone@gmlaw.com

*Counsel for Defendant Westways Staffing Services, Inc.*

[Additional Counsel Listed on the Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAB PACLEB WY, AND JOSIE ANNE LADUA LEYSA; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTWAYS STAFFING SERVICES, INC., and UHS OF DELAWARE, INC.,<br><br>Defendants. | Case No. 8:24-cv-00980-DOC-ADS<br><br>Assigned for All Purposes to: Courtroom 10A; Hon. David O. Carter<br><br>**JOINT STIPULATION TO EXCEED PAGE LIMITATION FOR PLAINTIFFS' OPPOSITION TO MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS, OR, IN THE ALTERNATIVE MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>Hearing Date: October 7, 2024<br>Time: 8:30 a.m.<br>Courtroom: 10A<br>Hon. David O. Carter |

**TO THIS HONORABLE COURT:**

Plaintiffs Tac Pacleb Wy and Josie Anne Ladau Leysa, on the one hand, and Defendants Westways Staffing Services, Inc. ("Westways"), on the other hand, (collectively "the Parties"), by and through their respective counsel, stipulate, and agree as follows:

WHEREAS, on July 12, 2024, Plaintiffs filed their First Amended Class Action Complaint (Dkt. 35).

WHEREAS, on July 26, 2024, Westways filed its Motion to Compel Arbitration and Stay Proceedings, or, in the Alternative, Motion to Dismiss Plaintiffs' Amended Complaint ("Motion") (Dkt. 40).

WHEREAS, on July 26, 2024, Defendant UHS of Delaware, Inc. ("UHS") filed its Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. 42) and Joinder to the Motion (Dkt. 43).

WHEREAS, on September 16, 2024, Plaintiffs' Opposition to Defendants' respective motions are due.

WHEREAS, under the Court's procedures and Local Rule 11-6.1, Memorandum of Points and Authorities are subject to a 25-page limit and 7,000 words, excluding exhibits and indices.

WHEREAS, on August 29, 2024, counsel for the Parties met and conferred, pursuant to Local Rule 7-3, regarding the page limitations for Plaintiffs' Opposition to the Motion and Westways' Reply.

WHEREAS, to adequately address both the motion to compel arbitration and motion to dismiss that are raised in the Motion, Plaintiffs request that they be relieved of the word limitation of Local Rule 11-6.1 and be permitted to file a Memorandum of Points and Authorities up to 35 pages, which is an additional 10 pages beyond the page limit set by the Court;

WHEREAs, to adequately respond to Plaintiffs' Opposition to the Motion, Westways requests an additional five pages for its Reply.

1  WHEREAS, good cause exists for the requested page limit extension because of the important legal issues raised in the Motion, and that Plaintiffs' Opposition to the Motion necessarily covers and addresses a motion to compel arbitration and, alternatively, a motion to dismiss, which if either are granted by the Court, would effectively be dispositive of Plaintiffs' claims. Rather than submit two Oppositions to the Motion, each which would have a 25-page and 7,000-word limitation, Plaintiffs seek to file on a single 35-page Opposition to the Motion.

WHEREAS, Westways similarly requests an additional five pages to its Reply in order to address Plaintiffs' Opposition.

WHEREAS, the interests of judicial economy, as well as the Parties' interests in conserving resources, are best served by granting this Motion.

**THE PARTIES HEREBY STIPULATE AND AGREE**:

1. That the page limitation for Plaintiffs' Opposition to Westways Staffing Services, Inc.'s Motion to Compel Arbitration and Stay Proceedings, or, in the Alternative, Motion to Dismiss Plaintiffs' Amended Complaint shall be extended to 35 pages and Plaintiffs be relieved of the 7000-word limitation of Local Rule 11-6.1.

2. That the page limitation for Westways' Reply shall be extended by five pages.

IT IS SO STIPULATED:

Dated: September 9, 2024

/s/ *Daniel S. Robinson*
Daniel S. Robinson (SBN 244245)
Michelle West (SBN 228737)
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Dr.
Newport Beach, CA 92660
(949) 720-1288; Fax: (949) 720-1292
drobinson@robinsonfirm.com
mwest@robinsonfirm.com

|     |                                   |                                                                    |
| --- | --------------------------------- | ------------------------------------------------------------------ |
| 1   |                                   | **STUEVE SIEGEL HANSON LLP**                                       |
| 2   |                                   | George A. Hanson (*Pro Hac Vice*)                                  |
|     |                                   | Alexander T. Ricke (*Pro Hac Vice Forthcoming*)                    |
| 3   |                                   | Larkin E. Walsh (*Pro Hac Vice*)                                   |
| 4   |                                   | Brandi S. Spates (*Pro Hac Vice Forthcoming*)                      |
| 5   |                                   | Crystal Cook Leftridge (*Pro Hac Vice Forthcoming)*                |
| 6   |                                   | 460 Nichols Road, Suite 200                                        |
| 7   |                                   | Kansas City, Missouri 64112                                        |
|     |                                   | (816) 714-7100                                                     |
| 8   |                                   | *hanson@stuevesiegel.com*                                          |
| 9   |                                   | *ricke@stuevesiegel.com*                                           |
|     |                                   | *walsh@stuevesiegel.com*                                           |
| 10  |                                   | *spates@stuevesiegel.com*                                          |
| 11  |                                   | *cook@stuevesiegel.com*                                            |
| 12  |                                   | *Counsel for Plaintiffs and the Putative Class*                    |
| 13  |                                   |                                                                    |
| 14  | Dated: September 9, 2024          | */s/ Barbara Croutch*                                              |
|     |                                   | Barbara Croutch (SBN 151428)                                       |
| 15  |                                   | **GREENSPOON MARDER LLP**                                          |
| 16  |                                   | 1875 Century Park East, Suite 1900                                 |
|     |                                   | Los Angeles, CA 90067                                              |
| 17  |                                   | (323) 776-3130                                                     |
| 18  |                                   | Barbara.croutch@gmlaw.com                                          |
|     |                                   | Beth-Ann E. Krimsky (*Pro Hac Vice Forthcoming*)                   |
| 19  |                                   | Jamey R. Campellone (*Pro Hac Vice*)                               |
| 20  |                                   | **GREENSPOON MARDER LLP**                                          |
| 21  |                                   | 200 E. Broward Blvd., Suite 1800                                   |
|     |                                   | Fort Lauderdale, FL 33301                                          |
| 22  |                                   | (954) 527-6296; Fax: (954) 333-4027                                |
| 23  |                                   | Beth-ann.krimsky@gmlaw.com                                         |
|     |                                   | Jamey.campellone@gmlaw.com                                         |
| 24  |                                   |                                                                    |
| 25  |                                   | *Counsel for Defendant Westways Staffing Services, Inc.*           |
| 26  |                                   |                                                                    |
| 27  |                                   |                                                                    |
| 28  |                                   |                                                                    |

**ATTESTATION REGARDING SIGNATURES**

I, Daniel S. Robinson, Esq., attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 9, 2024    */s/ Daniel S. Robinson*
　　　　　　　　　　　　　　　　Daniel S. Robinson

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2024, I caused the foregoing to be filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: September 9, 2024

*/s/ Daniel S. Robinson*
Daniel S. Robinson