**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAB PACLEB WY, AND JOSIE ANNE LADUA LEYSA; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTWAYS STAFFING SERVICES, INC., and UHS OF DELAWARE, INC.,<br><br>Defendants. | Case No. 8:24-cv-00980-DOC-ADS<br><br>Assigned for All Purposes to: Courtroom 10A; Hon. David O. Carter<br><br>**ORDER REGARDING PAGE LIMITS FOR PLAINTIFFS' OPPOSITION TO MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS, OR, IN THE ALTERNATIVE MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT   [46]** |

WHEREAS, Plaintiffs Tac Pacleb Wy and Josie Anne Ladau Leysa, on the one hand, and Defendants Westways Staffing Services, Inc. and UHS of Delaware, on the other hand, (collectively, "the Parties"), have stipulated to extend the page limits for Plaintiffs' Opposition to Defendant Westways Staffing Services, Inc.'s Motion to Compel Arbitration and Stay Proceedings, or, in the Alternative, Motion to Dismiss Plaintiffs' Amended Complaint to 35 pages and Westways' Reply by five pages, and good cause appearing,

1    IT IS HEREBY ORDERED that, upon good cause shown:

2    1.    That the page limitations for Plaintiffs' Opposition to Westways Staffing Services, Inc.'s Motion to Compel Arbitration and Stay Proceedings, or, in the Alternative, Motion to Dismiss Plaintiffs' Amended Complaint shall be extended to 35 pages and Plaintiffs be relieved of the 7000-word limitation of Local Rule 11-6.1.

2.    That the page limits for Westway's Reply shall be extended by five pages.

**IT IS SO ORDERED.**

Dated:  September 10, 2024

_____
Honorable David O. Carter
United States District Judge